| | |
|---|---|
| 1 | JOHN M. JULIUS III, Bar No. 112640 |
| 2 | LITTLER MENDELSON, P.C.<br>501 W. Broadway, Suite 900 |
| 3 | San Diego, CA  92101<br>Telephone:    619.232.0441 |
| 4 | Facsimile:    619.232.4302 |
| 5 | MICHAEL G. LEGGIERI, Bar No. 253791<br>LITTLER MENDELSON, P.C. |
| 6 | 500 Capitol Mall, Suite 2000<br>Sacramento, CA  95814 |
| 7 | Telephone:    916.830.7244<br>Facsimile:    916.848.0200 |
| 8 | Attorneys for Defendant |
| 9 | PETSMART, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT DODSON, | Case No.  12cv2144 GEB (JFM) |
| Plaintiff, | **STIPULATION FOR 3-DAY EXTENSION OF TIME FOR DEFENDANT PETSMART, INC. TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| PETSMART, INC. dba PETSMART #0048; THEODORE P. KOROS, TRUSTEE OF THE KOROS FAMILY TRUST UNDER AGREEMETN DATED MAY 8, 2012; ANGELA R. KOROS, TRUSTEE of the KOROS FAMILY TRUST UNDER AGREEMENT DATED MAY 8, 2012; SOPHIA PETER KELLEY; THOMAS KOROS; NICHOLAS KOROS; PETER T. KOROS, TRUSTEE of the KOROS FAMILY TRUST u/d/t DATED JANUARY 25, 1988; ELENI P. KOROS, TRUSTEE u/d/t DATED JANUARY 25, 1988, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

STIPULATION AND ORDER                    12cv2144

Plaintiff Robert Dodson ("Dodson") and Defendant PetSmart, Inc. dba PetSmart #0048 ("PetSmart"), hereby stipulate to a 3-day extension of time so that PetSmart shall have until **November 9, 2012**, to respond to the Complaint. PetSmart's response is currently due today, November 6, 2012. Good cause exists for this extension because the parties have discussed the alleged access barriers listed in the Complaint and believe that an agreement to resolve the ADA access claims against PetSmart is imminent. In particular, permitting this short extension of time to respond to the Complaint will allow PetSmart to avoid the cost of preparing and filing a response if, as expected, the parties are able to finalize an agreement to resolve Dodson's claims against PetSmart.

**IT IS SO STIPULATED**.

Dated: November 6, 2012

By: /s/ *Lynn Hubbard, III*
LYNN HUBBARD, III
DISABLED ADVOCACY GROUP, APLC
Attorneys for Plaintiff
ROBERT DODSON

Dated: November 6, 2012

By: /s/ *Michael G. Leggieri*
MICHAEL G. LEGGIERI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PETSMART, INC.

**IT IS SO ORDERED**.

**Date: 11/7/2012**

GARLAND E. BURRELL, JR.
Senior United States District Judge

LITTLER MENDELSON, P.C.
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

STIPULATION AND ORDER   1.   12cv2144