IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson,<br><br>        Plaintiff,<br><br>    v.<br><br>Petsmart, Inc. dba PETSMART #0048; THEODORE P. KOROS, TRUSTEE of the KOROS FAMILY TRUST UNDER AGREEMENT DATED MAY 8, 2012; ANGELA R. KOROS, TRUSTEE of the KOROS FAMILY TRUST UNDER AGREEMENT DATED MAY 8, 2012; SOPHIA PETER KELLEY; THOMAS KOROS; NICHOLAS KOROS; PETER T. KOROS, TRUSTEE of the KOROS FAMILY TRUST u/d/t DATED JANUARY 25, 1988; ELENI P. KOROS, TRUSTEE of the KOROS FAMILY TRUST u/d/t DATED JANUARY 25, 1988,<br><br>        Defendants. | 2:12-cv-02144-GEB-JFM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a "Notice of Settlement" on November 9, 2012, in which he states: "the aforementioned matter known as Dodson v. Petsmart, Inc., et al., Case No. 2:12-cv-02144-GEB-JFM has been resolved[, and t]he parties anticipate filing a Stipulation for Dismissal within six weeks.(ECF No. 19.)

        Therefore, a dispositional document shall be filed no later than December 21, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and

1

a dismissal order could be filed.  See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on November 26, 2012, is continued to commence at 9:00 a.m. on January 28, 2013, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  November 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).